No. 23-10896

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————————————————

JUNIOR GALETTE,

*Plaintiff-Appellant,*

v.

ROGER GOODELL, ET AL.,

*Defendants-Appellees.*

———————————————————

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

———————————————————

## DEFENDANTS-APPELLEES'
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

———————————————————

Spencer H. Silverglate
CLARKE SILVERGLATE, P.A.
5301 Blue Lagoon Drive
9th Floor
Miami, FL 33126
(305) 377-0700
(305) 377-3001 (fax)
ssilverglate@cspalaw.com

Benjamin C. Block
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5205
(202) 778-5205 (fax)
bblock@cov.com

*Counsel for Defendants-Appellees Cleveland Browns, Kansas City Chiefs, Seattle Seahawks, Washington Commanders, Carolina Panthers, Las Vegas Raiders, Los Angeles Rams, and Roger Goodell*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants-Appellees Cleveland Browns, Kansas City Chiefs, Seattle Seahawks, Washington Commanders, Carolina Panthers, Las Vegas Raiders, Los Angeles Rams, and Roger Goodell certifies that the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of a party's stock, and other identifiable legal entities related to a party:

- Block, Benjamin C.: Counsel for Defendants-Appellees Cleveland Browns, Kansas City Chiefs, Seattle Seahawks, Washington Commanders, Carolina Panthers, Las Vegas Raiders, Los Angeles Rams, and Roger Goodell

- Bloom, Honorable Beth L.: U.S. District Court Judge

- Carolina Panthers (Panthers Football, LLC): Defendant-Appellee

- Clarke Silverglate, P.A.: Counsel for Defendants-Appellees Cleveland Browns, Kansas City Chiefs, Seattle Seahawks, Washington Commanders, Carolina Panthers, Las Vegas Raiders, Los Angeles Rams, and Roger Goodell

- Cleveland Browns (Cleveland Browns Football Company LLC): Defendant-Appellee

- Covington & Burling LLP: Counsel for Defendants-Appellees Cleveland Browns, Kansas City Chiefs, Seattle Seahawks, Washington Commanders, Carolina Panthers, Las Vegas Raiders, Los Angeles Rams, and Roger Goodell

- Frilot LLC: former counsel for Plaintiff-Appellant Junior Galette

- Gailey, Lauren: Counsel for Defendant-Appellee National Football League Players Association

- Galette, Junior: Plaintiff-Appellant

- Goodell, Roger: Defendant-Appellee

- Greenspan, David: Counsel for Defendant-Appellee National Football League Players Association

- Kansas City Chiefs (Kansas City Chiefs Football Club, Inc.): Defendant-Appellee

- Kessler, Jared R.: Counsel for Defendant-Appellee National Football League Players Association

- Las Vegas Raiders (Raiders Football Club, LLC): Defendant-Appellee

- Law Office of Robert E. Piper, Jr.: former counsel for Plaintiff-Appellant Junior Galette

- Los Angeles Rams (The Los Angeles Rams, LLC): Defendant-Appellee

- National Football League Players Association: Defendant-Appellee

- Seattle Seahawks (Football Northwest LLC): Defendant-Appellee

- Silverglate, Spencer H.: Counsel for Defendants-Appellees Cleveland Browns, Kansas City Chiefs, Seattle Seahawks, Washington Commanders, Carolina Panthers, Las Vegas Raiders, Los Angeles Rams, and Roger Goodell

- The National Football League*

- Washington Commanders (Pro-Football, Inc.): Defendant-Appellee

- Winston & Strawn LLP: Counsel for Defendant-Appellee National Football League Players Association

*The NFL is an unincorporated association of 32 member Clubs organized under the laws of New York. The member Clubs are:

| CLUB | ENTITY NAME |
| --- | --- |
| Arizona Cardinals | Arizona Cardinals Football Club LLC |
| Atlanta Falcons | Atlanta Falcons Football Club, LLC |
| Baltimore Ravens | Baltimore Ravens Limited Partnership |
| Buffalo Bills | Buffalo Bills, LLC |
| Carolina Panthers | Panthers Football, LLC |
| Chicago Bears | The Chicago Bears Football Club, Inc. |
| Cincinnati Bengals | Cincinnati Bengals, Inc. |
| Cleveland Browns | Cleveland Browns Football Company LLC |
| Dallas Cowboys | Dallas Cowboys Football Club, Ltd |
| Denver Broncos | Denver Broncos Team, LLC |
| Detroit Lions | The Detroit Lions, Inc. |
| Green Bay Packers | Green Bay Packers, Inc. |
| Houston Texans | Houston NFL Holdings, L.P. |
| Indianapolis Colts | Indianapolis Colts, Inc. |
| Jacksonville Jaguars | Jacksonville Jaguars, LLC |
| Kansas City Chiefs | Kansas City Chiefs Football Club, Inc. |
| Las Vegas Raiders | Raiders Football Club, LLC |

| CLUB | ENTITY NAME |
|---|---|
| Los Angeles Chargers | Chargers Football Company, LLC |
| Los Angeles Rams | The Los Angeles Rams, LLC |
| Miami Dolphins | Miami Dolphins, Ltd. |
| Minnesota Vikings | Minnesota Vikings Football, LLC |
| New England Patriots | New England Patriots LLC |
| New Orleans Saints | New Orleans Louisiana Saints, L.L.C. |
| New York Giants | New York Football Giants, Inc. |
| New York Jets | New York Jets LLC |
| Philadelphia Eagles | Philadelphia Eagles, LLC |
| Pittsburgh Steelers | Pittsburgh Steelers LLC |
| San Francisco 49ers | Forty Niners Football Company LLC |
| Seattle Seahawks | Football Northwest LLC |
| Tampa Bay Buccaneers | Buccaneers Team LLC |
| Tennessee Titans | Tennessee Football, Inc. |
| Washington Commanders | Pro-Football, Inc. |

No publicly held corporation owns 10 percent or more of any of the above-listed entities' stock.

April 10, 2023

/s/ *Benjamin C. Block*
Benjamin C. Block
COVINGTON & BURLING LLP
850 Tenth St., N.W.
Washington, D.C. 20001
(202) 662-5205
(202) 778-5205 (fax)
bblock@cov.com

*Counsel for Defendants-Appellees Cleveland Browns, Kansas City Chiefs, Seattle Seahawks, Washington Commanders, Carolina Panthers, Las Vegas Raiders, Los Angeles Rams, and Roger Goodell*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will automatically send notification to counsel of record.


By: */s/Benjamin C. Block*
             Benjamin C. Block